# EXHIBIT 1



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sun Oct 16 03:21:02 EDT 2016*

*Please logout when you are done to release system resources allocated for you.*

List At:   OR   Jump to record:   **9 Records(s) found (This page: 1 ~ 9)**

Refine Search  (spinal tap)[COMB]

Current Search: **S2: (spinal tap)[COMB]** docs: 9 occ: 36

|   | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 86153254 | 4717603 | SPINAL TAP | TSDR | LIVE |
| 2 | 75901453 | 2881984 | SPINAL TAP | TSDR | DEAD |
| 3 | 75901452 | 2881983 | SPINAL TAP | TSDR | DEAD |
| 4 | 75901451 | 2867023 | SPINAL TAP | TSDR | DEAD |
| 5 | 75901450 |  | SPINAL TAP | TSDR | DEAD |
| 6 | 75901050 | 2463576 | SPINAL TAP | TSDR | DEAD |
| 7 | 75899936 | 2499728 | SPINAL TAP | TSDR | DEAD |
| 8 | 75133759 | 2179143 | SPINAL TAP | TSDR | DEAD |
| 9 | 73467131 | 1311537 | SPINAL TAP | TSDR | DEAD |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sun Oct 16 03:21:02 EDT 2016*

Please logout when you are done to release system resources allocated for you.

List At:     OR    to record:    **Record 1 out of 9**

( Use the "Back" button of the Internet Browser to return to TESS)

# Spinal Tap

| | |
|---|---|
| **Word Mark** | SPINAL TAP |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Beer. FIRST USE: 20141115. FIRST USE IN COMMERCE: 20141120 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86153254 |
| **Filing Date** | December 27, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 6, 2014 |
| **Registration Number** | 4717603 |
| **Registration Date** | April 7, 2015 |
| **Owner** | (REGISTRANT) Heretic Brewing Company CORPORATION CALIFORNIA 6617 Capwell Way Elk Grove CALIFORNIA 95757 |
| **Attorney of Record** | Candace L. Moon |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sun Oct 16 03:21:02 EDT 2016*

Please logout when you are done to release system resources allocated for you.

List At:  OR  to record: **Record 2 out of 9**

*( Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SPINAL TAP |
| **Goods and Services** | (CANCELLED) IC 028. US 022 023 038 050. G & S: Toys, sporting goods, games and playthings, namely, action figures and accessories therefor; plush toys; balloons, ride-on toys; equipment sold as a unit for playing card games; toy vehicles; dolls; flying discs; hand-held unit for playing electronic games; game equipment sold as a unit for playing a board game, a card game, a manipulative game, a parlor game, a parlor-type computer game, an action-type target game; stand-alone video output game machines; jigsaw and manipulative puzzles; paper face masks; skateboards; ice skates; water squirting toys; balls - namely, playground balls, soccer balls, baseballs, basketballs; baseball gloves; swimming floats for recreational use; kickboard flotation devices for recreational use; surf boards; swim boards for recreational use; swim fins; toy zip guns; toy banks; and Christmas tree ornaments. FIRST USE: 20000900. FIRST USE IN COMMERCE: 20000900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75901453 |
| **Filing Date** | January 21, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 3, 2001 |
| **Registration Number** | 2881984 |
| **Registration Date** | September 7, 2004 |
| **Owner** | (REGISTRANT) STUDIOCANAL IMAGE JOINT STOCK COMPANY FRANCE 5-13 BOULEVARD DE LA REPUBLIQE BOULOGNE-BILLANCOURT FRANCE 92100 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | James R. Guerette |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | April 8, 2011 |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sun Oct 16 03:21:02 EDT 2016*

Please logout when you are done to release system resources allocated for you.

List At:　　OR　　to record:　　**Record 3 out of 9**

( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| **Word Mark** | SPINAL TAP |
| **Goods and Services** | (CANCELLED) IC 025. US 022 039. G & S: Clothing for men, women and children - namely, shirts, t-shirts, sweatshirts, trousers, jeans, shorts, tank tops, rainwear, skirts, blouses, dresses, suspenders, sweaters, jackets, coats, raincoats, snow suits, ties, robes, hats, caps, sunvisors, belts, scarves, sleep wear, pajamas, lingerie, underwear, boots, shoes, sneakers, sandals, booties, slipper socks, swimwear, costumes, and masks. FIRST USE: 20000900. FIRST USE IN COMMERCE: 20000900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75901452 |
| **Filing Date** | January 21, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 12, 2001 |
| **Registration Number** | 2881983 |
| **Registration Date** | September 7, 2004 |
| **Owner** | (REGISTRANT) STUDIOCANAL IMAGE JOINT STOCK COMPANY FRANCE 5-13 BOULEVARD DE LA REPUBLIQUE BOULOGNE-BILLANCOURT FRANCE 92100 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | James R. Guerette |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | April 8, 2011 |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sun Oct 16 03:21:02 EDT 2016*

Please logout when you are done to release system resources allocated for you.

List At:     OR     to record:     **Record 4 out of 9**

( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SPINAL TAP |
| **Goods and Services** | (CANCELLED) IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter and paper goods, namely a series of fiction and non-fiction books featuring characters from comedy and/or drama features, comic books, children's books, magazines featuring characters from comedy and/or drama features, coloring books, children's activity books; posters; stationery, writing paper, envelopes, notebooks, diaries, note cards, greeting cards, trading cards; lithographs; pens, pencils, pencil cases, erasers, crayons, markers, colored pencils, painting sets, chalk and chalkboards for home use; decals, heat transfer paper; mounted and/or unmounted photographs; book covers, bookmarks, calendars, gift wrapping paper; paper party favors, namely noisemakers and small toys; paper party decorations, namely paper napkins, paper doilies, paper place mats, crepe paper, paper hats, invitations, paper table cloths, paper cake decorations; printed iron-on transfers for embroidery or fabric appliques; printed patterns for costumes, pajamas, sweatshirts and t-shirts; paper photo frames. FIRST USE: 20000900. FIRST USE IN COMMERCE: 20000900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75901451 |
| **Filing Date** | January 21, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 3, 2001 |
| **Registration Number** | 2867023 |
| **Registration Date** | July 27, 2004 |
| **Owner** | (REGISTRANT) STUDIOCANAL IMAGE JOINT STOCK COMPANY FRANCE 5-13 BOULEVARD DE LA REPUBLIQUE BOULOGNE-BILLANCOURT FRANCE 92100 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | James R. Guerette |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | March 4, 2011 |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sun Oct 16 03:21:02 EDT 2016*

Please logout when you are done to release system resources allocated for you.

List At:　　　OR　　　to record:　　**Record 5 out of 9**

( Use the "Back" button of the Internet Browser to return to TESS)

# SPINAL TAP

| | |
|---|---|
| **Word Mark** | SPINAL TAP |
| **Goods and Services** | (ABANDONED) IC 009. US 021 023 026 036 038. G & S: Stereo headphones; batteries; cordless telephones; hand-held calculators; audio cassette and CD players; CD-ROM games; telephone and radio pagers; short motion picture pre-recorded video film cassettes featuring comedy and/or drama to be used with hand-held viewers or projectors; video cassette recorders and players, compact disc players, digital audio tape recorders and players, electronic diaries; radios; mouse pads; eyeglasses, sunglasses and cases therefor; computer programs - namely, software linking digitized video and audio media to a global computer information network; video and computer game programs; video game cartridges and cassettes; and decorative magnets |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75901450 |
| **Filing Date** | January 21, 2000 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 4, 2001 |
| **Owner** | (APPLICANT) Canal + D.A. CORPORATION FRANCE 6 Boulevard de la Republique Boulogne Billancourt FRANCE 92514 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | James R. Guerette |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | November 28, 2004 |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sun Oct 16 03:21:02 EDT 2016*

Please logout when you are done to release system resources allocated for you.

List At:    OR    to record:    **Record 6 out of 9**

( Use the "Back" button of the Internet Browser to return to TESS)

## SPINAL TAP

| | |
|---|---|
| **Word Mark** | SPINAL TAP |
| **Goods and Services** | (CANCELLED) IC 009. US 021 023 026 036 038. G & S: series of motion picture films featuring comedy and/or drama, for both theatrical release and home video release and for broadcast on television; music video recordings; a series of pre-recorded phonograph records, compact discs, audio tapes, audio-video cassette tapes, and audio-video compact discs, all featuring music. FIRST USE: 19840331. FIRST USE IN COMMERCE: 19840331 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75901050 |
| **Filing Date** | January 21, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 3, 2001 |
| **Registration Number** | 2463576 |
| **Registration Date** | June 26, 2001 |
| **Owner** | (REGISTRANT) Canal + D.A. CORPORATION FRANCE 6 Boulevard de la Republique Boulogne Billancourt FRANCE 92514
(LAST LISTED OWNER) STUDIOCANAL IMAGE JOINT STOCK COMPANY FRANCE 1, place du Spectacle 92130 Issy-les-Moulineaux FRANCE |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Colleen Parker |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | January 27, 2012 |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sun Oct 16 03:21:02 EDT 2016*

Please logout when you are done to release system resources allocated for you.

List At:          OR          to record:          **Record 7 out of 9**

( Use the "Back" button of the Internet Browser to return to TESS)

## SPINAL TAP

| | |
|---|---|
| **Word Mark** | SPINAL TAP |
| **Goods and Services** | (CANCELLED) IC 041. US 100 101 107. G & S: ENTERTAINMENT SERVICES IN THE NATURE OF LIVE MUSICAL PERFORMANCES BY A GROUP; VIDEOTAPE AND FILM PRODUCTION OF LIVE MUSICAL PERFORMANCES. FIRST USE: 19830808. FIRST USE IN COMMERCE: 19831021 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75899936 |
| **Filing Date** | January 21, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 31, 2001 |
| **Registration Number** | 2499728 |
| **Registration Date** | October 23, 2001 |
| **Owner** | (REGISTRANT) Canal + D.A. CORPORATION FRANCE 6 Boulevard de la Republique Boulogne Billancourt FRANCE 92514 |
| | (LAST LISTED OWNER) STUDIOCANAL IMAGE JOINT STOCK COMPANY FRANCE 1, place du Spectacle Issy-les-Moulineaux FRANCE 92130 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Colleen Parker |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | May 25, 2012 |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sun Oct 16 03:21:02 EDT 2016*

Please logout when you are done to release system resources allocated for you.

List At:          OR          to record:          **Record 8 out of 9**

( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | **SPINAL TAP** |
| **Goods and Services** | (CANCELLED) IC 009. US 021 023 026 036 038. G & S: sunglasses. FIRST USE: 19970600. FIRST USE IN COMMERCE: 19970600 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75133759 |
| **Filing Date** | July 15, 1996 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 15, 1997 |
| **Registration Number** | 2179143 |
| **Registration Date** | August 4, 1998 |
| **Owner** | (REGISTRANT) BAUSCH & LOMB INCORPORATED CORPORATION NEW YORK One Bausch & Lomb Place Rochester NEW YORK 146042701 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JAMES R. GUERETTE |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | July 14, 2003 |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sun Oct 16 03:21:02 EDT 2016*

Please logout when you are done to release system resources allocated for you.

List At:   OR   to record:   **Record 9 out of 9**

( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SPINAL TAP |
| **Goods and Services** | (CANCELLED) IC 041. US 107. G & S: Entertainment Services Rendered by a Musical Group. FIRST USE: 19830808. FIRST USE IN COMMERCE: 19831021 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73467131 |
| **Filing Date** | February 24, 1984 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 16, 1984 |
| **Registration Number** | 1311537 |
| **Registration Date** | December 25, 1984 |
| **Owner** | (REGISTRANT) Embassy Pictures Joint venture composed of Lear Pictures, Inc.; Perenchio Pictures, Inc. (California corporations) JOINT VENTURE Suite 666 1901 Avenue of the Stars Los Angeles CALIFORNIA 90067 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | E. Fulton Brylawski |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | April 1, 1991 |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY