# EXHIBIT 6

Harry Shearer – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. <u>Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:</u>

**Century of Progress Productions**
13801 Ventura Blvd.
Sherman Oaks, CA 91423

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

**Metro-Goldwyn-Mayer Studios Inc.**
10250 Constellation Boulevard
Los Angeles, CA 90067-6241
Attention: Business Affairs for MGM Home Entertainment, LLC.

**Carolco Pictures Inc.**
1466 11th Street
Manhattan Beach, CA 90266

2. <u>Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination</u>:

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| This is Spinal Tap (The motion picture and all elements embodied therein including, without limitation, the characters and the screenplay) | Harry Shearer | 5/7/1982 | 3/2/1984 | PA0000214454 | 3/2/2019 |

3. <u>A brief statement reasonably indentifying the grant to which the notice of termination applies</u>:

The grant pursuant to the agreement between Harry Shearer and Century of Progress Productions, including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. <u>Name, address, and the relationship of persons effecting termination</u>:

**Harry Shearer**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Harry Shearer – Notice of Termination of Grant or Transfer

Signature of author entitled to terminate the grant

By: _____ /s/ _____
Harry Shearer– Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on ___10/18___, 2016.

Please return copies of all notices to:

**Harry Shearer**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA  90067
Attention:  Laurie L. Soriano, Esq.

Harry Shearer – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**Century of Progress Productions**
13801 Ventura Blvd.
Sherman Oaks, CA 91423

**Embcom Music Publishing**
c/o Sony/ATV Music Publishing
550 Madison Ave.
New York, NY 10022

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

**SEE ATTACHED SCHEDULE A**

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Harry Shearer and Century of Progress Productions, including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

**Harry Shearer**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Signature of author entitled to terminate the grant

By: _____
Harry Shearer – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on 10/16/1 _____, 2016.

Please return copies of all notices to:

**Harry Shearer**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Harry Shearer – Notice of Termination of Grant or Transfer

## Schedule A

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| Big Bottom | Harry Shearer | 3/22/1983 | 3/2/1984 | PAu000268740 | 3/2/2019 |
| Big Bottom | Harry Shearer | 3/22/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Gimme Some Money | Harry Shearer | 3/22/1983 | 3/2/1984 | PAu000268742 | 3/2/2019 |
| Gimme Some Money | Harry Shearer | 3/22/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Heavy Duty | Harry Shearer | 3/22/1983 | 3/2/1984 | PA0000205655 | 3/2/2019 |
| Heavy Duty | Harry Shearer | 3/22/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Sex Farm | Harry Shearer | 3/22/1983 | 3/2/1984 | PAu000268741 | 3/2/2019 |
| Sex Farm | Harry Shearer | 3/22/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Stonehenge | Harry Shearer | 3/22/1983 | 3/2/1984 | PAu000268739 | 3/2/2019 |
| Stonehenge | Harry Shearer | 3/22/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Tonight I'm Gonna Rock You Tonight | Harry Shearer | 3/22/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Lick My Love Pump | Harry Shearer | 3/22/1983 | N/A | N/A | 3/22/2023 |

Harry Shearer – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**Century of Progress Productions**
13801 Ventura Blvd.
Sherman Oaks, CA 91423

**Universal Records (as successor-in-interest to PolyGram Records)**
2220 Colorado Avenue
Santa Monica, CA, 90404
Attention: Erika Savage

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

**SEE ATTACHED SCHEDULE A**

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Harry Shearer and Century of Progress Productions, including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

**Harry Shearer**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Signature of author entitled to terminate the grant

By: _____
Harry Shearer – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on __10/19__, 2016.

Please return copies of all notices to:

**Harry Shearer**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

4485.023/1087528.1 1 of 2

Harry Shearer – Notice of Termination of Grant or Transfer

## Schedule A

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| All The Way Home | Harry Shearer | 5/7/1982 | 3/17/1992 | N/A | 5/7/2022 |
| America | Harry Shearer | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Babba Yagga | Harry Shearer | 5/7/1982 | N/A | N/A | 5/7/2022 |
| Big Bottom | Harry Shearer | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Cups and Cakes | Harry Shearer | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Flower People | Harry Shearer | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Gimme Some Money | Harry Shearer | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Guantanamera | Harry Shearer | 5/7/1982 | N/A | N/A | 5/7/2022 |
| Heavy Duty | Harry Shearer | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Hell Hole | Harry Shearer | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Jazz Odyssey | Harry Shearer | 5/7/1982 | 6/19/2009 | N/A | 5/7/2022 |
| Rock N Roll Creation | Harry Shearer | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Sex Farm | Harry Shearer | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Stonehenge | Harry Shearer | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Tonight I'm Gonna Rock You Tonight | Harry Shearer | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Video Games | Harry Shearer | 5/7/1982 | N/A | N/A | 5/7/2022 |

Harry Shearer – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**Century of Progress Productions**
13801 Ventura Blvd.
Sherman Oaks, CA 91423

**Embcom Music Publishing**
c/o Sony/ATV Music Publishing
550 Madison Ave.
New York, NY 10022

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

**SEE ATTACHED SCHEDULE A**

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Harry Shearer and Century of Progress Productions, including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

**Harry Shearer**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Signature of author entitled to terminate the grant

By: _____
Harry Shearer – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on 10/18/1 _____, 2016.

Please return copies of all notices to:

**Harry Shearer**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Harry Shearer – Notice of Termination of Grant or Transfer

## Schedule A

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| All The Way Home | Harry Shearer | 3/22/1983 | 3/17/1992 | V2044P576 | 3/22/2023 |
| America | Harry Shearer | 3/22/1983 | 3/2/1984 | PA0000205657 | 3/2/2019 |
| America | Harry Shearer | 3/22/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Babba Yagga | Harry Shearer | 3/22/1983 | N/A | V2044P576 | 3/22/2023 |
| Cups and Cakes | Harry Shearer | 3/22/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Cups and Cakes | Harry Shearer | 3/22/1983 | 3/2/1984 | PA0000205658 | 3/2/2019 |
| Flower People | Harry Shearer | 3/22/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Flower People | Harry Shearer | 3/22/1983 | 3/2/1984 | PA0000205659 | 3/2/2019 |
| Guantanamera | Harry Shearer | 3/22/1983 | N/A | V2044P576 | 3/22/2023 |
| Heavy Duty | Harry Shearer | 3/22/1983 | 3/2/1984 | PA0000205655 | 3/2/2019 |
| Heavy Duty | Harry Shearer | 3/22/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Hell Hole | Harry Shearer | 3/22/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Hell Hole | Harry Shearer | 3/22/1983 | 3/2/1984 | PA0000205654 | 3/2/2019 |
| Jazz Odyssey | Harry Shearer | 3/22/1983 | 6/19/2009 | V2044P576 | 3/22/2023 |
| Rock N Roll Creation | Harry Shearer | 3/22/1983 | 3/2/1984 | PA0000205656 | 3/2/2019 |
| Rock N Roll Creation | Harry Shearer | 3/22/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Video Games | Harry Shearer | 3/22/1983 | N/A | V2044P576 | 3/22/2023 |