# EXHIBIT 7

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1.  Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

**Metro-Goldwyn-Mayer Studios Inc.**
10250 Constellation Boulevard
Los Angeles, CA 90067-6241
Attention:  Business Affairs for MGM Home Entertainment, LLC.

**Carolco Pictures Inc.**
1466 11th Street
Manhattan Beach, CA 90266

2.  Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| This is Spinal Tap (The motion picture and all elements embodied therein including, without limitation, the characters and the screenplay) | Christopher Guest | 5/7/1982 | 3/2/1984 | PA0000214454 | 3/2/2019 |

3.  A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Christopher Guest and Spinal Tap Productions, including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4.  Name, address, and the relationship of persons effecting termination:

**Christopher Guest**
c/o Jackoway Tyerman Wertheimer Austen Mandelbaum Morris & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA  90067
Attention:  Barry W. Tyerman, Esq.

Christopher Guest – Notice of Termination of Grant or Transfer

Signature of author entitled to terminate the grant

By: _____

Christopher Guest – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on _____, 2016.

Please return copies of all notices to:

**Christopher Guest**
c/o Jackoway Tyerman Wertheimer Austen Mandelbaum Morris & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA  90067
Attention:  Barry W. Tyerman, Esq.

Christopher Guest – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**Embcom Music Publishing**
c/o Sony/ATV Music Publishing
550 Madison Ave.
New York, NY 10022

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

**SEE ATTACHED SCHEDULE A**

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Christopher Guest and Spinal Tap Productions including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

**Christopher Guest**
c/o Jackoway Tyerman Wertheimer Austen Mandelbaum Morris & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA 90067
Attention: Barry W. Tyerman, Esq.

Signature of author entitled to terminate the grant

By: _____
        Christopher Guest – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on ____11/23____, 2016.

Please return copies of all notices to:

**Christopher Guest**
c/o Jackoway Tyerman Wertheimer Austen Mandelbaum Morris & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA 90067
Attention: Barry W. Tyerman, Esq.

Christopher Guest – Notice of Termination of Grant or Transfer

## Schedule A

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| Big Bottom | Christopher Guest | 4/7/1983 | 3/2/1984 | PAu00268740 | 3/2/2019 |
| Big Bottom | Christopher Guest | 4/7/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Gimme Some Money | Christopher Guest | 4/7/1983 | 3/2/1984 | PAu00268742 | 3/2/2019 |
| Gimme Some Money | Christopher Guest | 4/7/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Heavy Duty | Christopher Guest | 4/7/1983 | 3/2/1984 | PA000205655 | 3/2/2019 |
| Heavy Duty | Christopher Guest | 4/7/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Sex Farm | Christopher Guest | 4/7/1983 | 3/2/1984 | PAu00268741 | 3/2/2019 |
| Sex Farm | Christopher Guest | 4/7/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Stonehenge | Christopher Guest | 4/7/1983 | 3/2/1984 | PAu00268739 | 3/2/2019 |
| Stonehenge | Christopher Guest | 4/7/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Tonight I'm Gonna Rock You Tonight | Christopher Guest | 4/7/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Lick My Love Pump | Christopher Guest | 4/7/1983 | N/A | N/A | 4/7/2023 |

Christopher Guest – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. <u>Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:</u>

**Universal Records (as successor-in-interest to PolyGram Records)**
2220 Colorado Avenue
Santa Monica, CA, 90404
Attention: Erika Savage

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

2. <u>Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:</u>

**SEE ATTACHED SCHEDULE A**

3. <u>A brief statement reasonably indentifying the grant to which the notice of termination applies:</u>

The grant pursuant to the agreement between Christopher Guest and Spinal Tap Productions, including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. <u>Name, address, and the relationship of persons effecting termination:</u>

**Christopher Guest**
c/o Jackoway Tyerman Wertheimer Austen Mandelbaum Morris & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA  90067
Attention: Barry W. Tyerman, Esq.

Signature of author entitled to terminate the grant

By: _____
    Christopher Guest – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on _____, 2016.

Please return copies of all notices to:

**Christopher Guest**
c/o Jackoway Tyerman Wertheimer Austen Mandelbaum Morris & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA  90067
Attention: Barry W. Tyerman, Esq.

Christopher Guest – Notice of Termination of Grant or Transfer

## Schedule A

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| All The Way Home | Christopher Guest | 5/7/1982 | 3/17/1992 | N/A | 5/7/2022 |
| America | Christopher Guest | 5/7/1982 | 3/2/1984 | SR000053082 | 3/2/2019 |
| Babba Yagga | Christopher Guest | 5/7/1982 | N/A | N/A | 5/7/2022 |
| Big Bottom | Christopher Guest | 5/7/1982 | 3/2/1984 | SR000053082 | 3/2/2019 |
| Cups and Cakes | Christopher Guest | 5/7/1982 | 3/2/1984 | SR000053082 | 3/2/2019 |
| Flower People | Christopher Guest | 5/7/1982 | 3/2/1984 | SR000053082 | 3/2/2019 |
| Gimme Some Money | Christopher Guest | 5/7/1982 | 3/2/1984 | SR000053082 | 3/2/2019 |
| Guantanamera | Christopher Guest | 5/7/1982 | N/A | N/A | 5/7/2022 |
| Heavy Duty | Christopher Guest | 5/7/1982 | 3/2/1984 | SR000053082 | 3/2/2019 |
| Hell Hole | Christopher Guest | 5/7/1982 | 3/2/1984 | SR000053082 | 3/2/2019 |
| Jazz Odyssey | Christopher Guest | 5/7/1982 | 6/19/2009 | N/A | 5/7/2022 |
| Rock N Roll Creation | Christopher Guest | 5/7/1982 | 3/2/1984 | SR000053082 | 3/2/2019 |
| Sex Farm | Christopher Guest | 5/7/1982 | 3/2/1984 | SR000053082 | 3/2/2019 |
| Stonehenge | Christopher Guest | 5/7/1982 | 3/2/1984 | SR000053082 | 3/2/2019 |
| Tonight I'm Gonna Rock You Tonight | Christopher Guest | 5/7/1982 | 3/2/1984 | SR000053082 | 3/2/2019 |
| Video Games | Christopher Guest | 5/7/1982 | N/A | N/A | 5/7/2022 |

4485.023/1090969.1 2 of 2

Christopher Guest – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**Embcom Music Publishing**
c/o Sony/ATV Music Publishing
550 Madison Ave.
New York, NY  10022

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

## SEE ATTACHED SCHEDULE A

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Christopher Guest and Spinal Tap Productions including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

**Christopher Guest**
c/o Jackoway Tyerman Wertheimer Austen Mandelbaum Morris & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA  90067
Attention:  Barry W. Tyerman, Esq.

Signature of author entitled to terminate the grant

By: _____

Christopher Guest – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on _____, 2016.

Please return copies of all notices to:

**Christopher Guest**
c/o Jackoway Tyerman Wertheimer Austen Mandelbaum Morris & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA  90067
Attention:  Barry W. Tyerman, Esq.

Christopher Guest – Notice of Termination of Grant or Transfer

## Schedule A

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| All The Way Home | Christopher Guest | 4/7/1983 | 3/17/1992 | V2044P576 | 4/7/2023 |
| America | Christopher Guest | 4/7/1983 | 3/2/1984 | PA000205657 | 3/2/2019 |
| America | Christopher Guest | 4/7/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Babba Yagga | Christopher Guest | 4/7/1983 | N/A | V2044P576 | 4/7/2023 |
| Cups and Cakes | Christopher Guest | 4/7/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Cups and Cakes | Christopher Guest | 4/7/1983 | 3/2/1984 | PA000205658 | 3/2/2019 |
| Flower People | Christopher Guest | 4/7/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Flower People | Christopher Guest | 4/7/1983 | 3/2/1984 | PA000205659 | 3/2/2019 |
| Guantanamera | Christopher Guest | 4/7/1983 | N/A | V2044P576 | 4/7/2023 |
| Heavy Duty | Christopher Guest | 4/7/1983 | 3/2/1984 | PA000205655 | 3/2/2019 |
| Heavy Duty | Christopher Guest | 4/7/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Hell Hole | Christopher Guest | 4/7/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Hell Hole | Christopher Guest | 4/7/1983 | 3/2/1984 | PA000205654 | 3/2/2019 |
| Jazz Odyssey | Christopher Guest | 4/7/1983 | 6/19/2009 | V2044P576 | 4/7/2023 |
| Rock N Roll Creation | Christopher Guest | 4/7/1983 | 3/2/1984 | PA000205656 | 3/2/2019 |
| Rock N Roll Creation | Christopher Guest | 4/7/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Video Games | Christopher Guest | 4/7/1983 | N/A | V2044P576 | 4/7/2023 |