# EXHIBIT 8

Michael McKean – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**United Heathen, Inc.**
20700 Ventura Blvd., Suite 328
Woodland Hills, CA 91364

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

**Metro-Goldwyn-Mayer Studios Inc.**
10250 Constellation Boulevard
Los Angeles, CA 90067-6241
Attention: Business Affairs for MGM Home Entertainment, LLC.

**Carolco Pictures Inc.**
1466 11th Street
Manhattan Beach, CA 90266

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| This is Spinal Tap (The motion picture and all elements embodied therein including, without limitation, the characters and the screenplay) | Michael McKean | 5/7/1982 | 3/2/1984 | PA0000214454 | 3/2/2019 |

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Michael McKean and United Heathen, Inc., including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

**Michael McKean**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Michael McKean – Notice of Termination of Grant or Transfer

Signature of author entitled to terminate the grant

By: _____
Michael McKean – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on __10/25__, 2016.

Please return copies of all notices to:

**Michael McKean**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Michael McKean – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**United Heathen, Inc.**
20700 Ventura Blvd., Suite 328
Woodland Hills, CA  91364

**Embcom Music Publishing**
c/o Sony/ATV Music Publishing
550 Madison Ave.
New York, NY  10022

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

**SEE ATTACHED SCHEDULE A**

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Michael McKean and United Heathen, Inc., including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

**Michael McKean**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA  90067
Attention:  Laurie L. Soriano, Esq.

Signature of author entitled to terminate the grant

By: _____
Michael McKean – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on 10/25, 2016.

Please return copies of all notices to:

**Michael McKean**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA  90067
Attention:  Laurie L. Soriano, Esq.

Michael McKean – Notice of Termination of Grant or Transfer

### Schedule A

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| Big Bottom | Michael McKean | 5/13/1983 | 3/2/1984 | PAu000268740 | 3/2/2019 |
| Big Bottom | Michael McKean | 5/13/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Gimme Some Money | Michael McKean | 5/13/1983 | 3/2/1984 | PAu000268742 | 3/2/2019 |
| Gimme Some Money | Michael McKean | 5/13/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Heavy Duty | Michael McKean | 5/13/1983 | 3/2/1984 | PA0000205655 | 3/2/2019 |
| Heavy Duty | Michael McKean | 5/13/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Sex Farm | Michael McKean | 5/13/1983 | 3/2/1984 | PAu000268741 | 3/2/2019 |
| Sex Farm | Michael McKean | 5/13/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Stonehenge | Michael McKean | 5/13/1983 | 3/2/1984 | PAu000268739 | 3/2/2019 |
| Stonehenge | Michael McKean | 5/13/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Tonight I'm Gonna Rock You Tonight | Michael McKean | 5/13/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Lick My Love Pump | Michael McKean | 5/13/1983 | N/A | N/A | 5/13/2023 |

Michael McKean – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. <u>Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor</u>:

**United Heathen, Inc.**
20700 Ventura Blvd., Suite 328
Woodland Hills, CA 91364

**Universal Records (as successor-in-interest to PolyGram Records)**
2220 Colorado Avenue
Santa Monica, CA, 90404
Attention: Erika Savage

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

2. <u>Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination</u>:

**SEE ATTACHED SCHEDULE A**

3. <u>A brief statement reasonably indentifying the grant to which the notice of termination applies</u>:

The grant pursuant to the agreement between Michael McKean and United Heathen, Inc., including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. <u>Name, address, and the relationship of persons effecting termination</u>:

**Michael McKean**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Signature of author entitled to terminate the grant

By: _[signature]_____
Michael McKean – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on _10/27_, 2016.

Please return copies of all notices to:

**Michael McKean**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Michael McKean – Notice of Termination of Grant or Transfer

## Schedule A

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| All The Way Home | Michael McKean | 5/7/1982 | 3/17/1992 | N/A | 5/7/2022 |
| America | Michael McKean | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Babba Yagga | Michael McKean | 5/7/1982 | N/A | N/A | 5/7/2022 |
| Big Bottom | Michael McKean | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Cups and Cakes | Michael McKean | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Flower People | Michael McKean | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Gimme Some Money | Michael McKean | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Guantanamera | Michael McKean | 5/7/1982 | N/A | N/A | 5/7/2022 |
| Heavy Duty | Michael McKean | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Hell Hole | Michael McKean | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Jazz Odyssey | Michael McKean | 5/7/1982 | 6/19/2009 | N/A | 5/7/2022 |
| Rock N Roll Creation | Michael McKean | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Sex Farm | Michael McKean | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Stonehenge | Michael McKean | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Tonight I'm Gonna Rock You Tonight | Michael McKean | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Video Games | Michael McKean | 5/7/1982 | N/A | N/A | 5/7/2022 |

Michael McKean – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**United Heathen, Inc.**
20700 Ventura Blvd., Suite 328
Woodland Hills, CA 91364

**Embcom Music Publishing**
c/o Sony/ATV Music Publishing
550 Madison Ave.
New York, NY 10022

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

**SEE ATTACHED SCHEDULE A**

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Michael McKean and United Heathen, Inc., including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

**Michael McKean**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Signature of author entitled to terminate the grant

By: _____
Michael McKean – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on 10/_____, 2016.

Please return copies of all notices to:

**Michael McKean**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Michael McKean – Notice of Termination of Grant or Transfer

## Schedule A

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| All The Way Home | Michael McKean | 5/13/1983 | 3/17/1992 | V2044P576 | 5/13/2023 |
| America | Michael McKean | 5/13/1983 | 3/2/1984 | PA0000205657 | 3/2/2019 |
| America | Michael McKean | 5/13/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Babba Yagga | Michael McKean | 5/13/1983 | N/A | V2044P576 | 5/13/2023 |
| Cups and Cakes | Michael McKean | 5/13/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Cups and Cakes | Michael McKean | 5/13/1983 | 3/2/1984 | PA0000205658 | 3/2/2019 |
| Flower People | Michael McKean | 5/13/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Flower People | Michael McKean | 5/13/1983 | 3/2/1984 | PA0000205659 | 3/2/2019 |
| Guantanamera | Michael McKean | 5/13/1983 | N/A | V2044P576 | 5/13/2023 |
| Heavy Duty | Michael McKean | 5/13/1983 | 3/2/1984 | PA0000205655 | 3/2/2019 |
| Heavy Duty | Michael McKean | 5/13/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Hell Hole | Michael McKean | 5/13/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Hell Hole | Michael McKean | 5/13/1983 | 3/2/1984 | PA0000205654 | 3/2/2019 |
| Jazz Odyssey | Michael McKean | 5/13/1983 | 6/19/2009 | V2044P576 | 5/13/2023 |
| Rock N Roll Creation | Michael McKean | 5/13/1983 | 3/2/1984 | PA0000205656 | 3/2/2019 |
| Rock N Roll Creation | Michael McKean | 5/13/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Video Games | Michael McKean | 5/13/1983 | N/A | V2044P576 | 5/13/2023 |