# EXHIBIT 9

Rob Reiner – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**Rob Reiner Productions**
9171 Wilshire Blvd., Suite 400
Beverly Hills, CA 90210

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

**Metro-Goldwyn-Mayer Studios Inc.**
10250 Constellation Boulevard
Los Angeles, CA 90067-6241
Attention: Business Affairs for MGM Home Entertainment, LLC.

**Carolco Pictures Inc.**
1466 11th Street
Manhattan Beach, CA 90266

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| This is Spinal Tap (The motion picture and all elements embodied therein including, without limitation, the characters and the screenplay) | Rob Reiner | 5/7/1982 | 3/2/1984 | PA0000214454 | 3/2/2019 |

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Rob Reiner and Rob Reiner Productions, including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

**Rob Reiner**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Rob Reiner – Notice of Termination of Grant or Transfer

Signature of author entitled to terminate the grant

By: _____/s/ Rob Reiner_____
Rob Reiner – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on __11/28__, 2016.

Please return copies of all notices to:

**Rob Reiner**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA  90067
Attention:  Laurie L. Soriano, Esq.

Rob Reiner – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**Rob Reiner Productions**
9171 Wilshire Blvd., Suite 400
Beverly Hills, CA 90210

**Embcom Music Publishing**
c/o Sony/ATV Music Publishing
550 Madison Ave.
New York, NY 10022

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

**SEE ATTACHED SCHEDULE A**

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Rob Reiner and Rob Reiner Productions, including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

**Rob Reiner**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Signature of author entitled to terminate the grant

By: _____[signature]_____
Rob Reiner – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on __11/28__, 2016.

Please return copies of all notices to:

**Rob Reiner**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Rob Reiner – Notice of Termination of Grant or Transfer

## Schedule A

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| Big Bottom | Rob Reiner | 10/25/1983 | 3/2/1984 | PAu000268740 | 3/2/2019 |
| Big Bottom | Rob Reiner | 10/25/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Gimme Some Money | Rob Reiner | 10/25/1983 | 3/2/1984 | PAu000268742 | 3/2/2019 |
| Gimme Some Money | Rob Reiner | 10/25/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Heavy Duty | Rob Reiner | 10/25/1983 | 3/2/1984 | PA0000205655 | 3/2/2019 |
| Heavy Duty | Rob Reiner | 10/25/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Sex Farm | Rob Reiner | 10/25/1983 | 3/2/1984 | PAu000268741 | 3/2/2019 |
| Sex Farm | Rob Reiner | 10/25/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Stonehenge | Rob Reiner | 10/25/1983 | 3/2/1984 | PAu000268739 | 3/2/2019 |
| Stonehenge | Rob Reiner | 10/25/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Tonight I'm Gonna Rock You Tonight | Rob Reiner | 10/25/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Lick My Love Pump | Rob Reiner | 10/25/1983 | N/A | N/A | 10/25/2023 |

4485.023/1090832.1 2 of 2

Rob Reiner – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor:

**Rob Reiner Productions**
9171 Wilshire Blvd., Suite 400
Beverly Hills, CA 90210

**Universal Records (as successor-in-interest to PolyGram Records)**
2220 Colorado Avenue
Santa Monica, CA, 90404
Attention: Erika Savage

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

2. Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination:

**SEE ATTACHED SCHEDULE A**

3. A brief statement reasonably indentifying the grant to which the notice of termination applies:

The grant pursuant to the agreement between Rob Reiner and Rob Reiner Productions, including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. Name, address, and the relationship of persons effecting termination:

**Rob Reiner**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Signature of author entitled to terminate the grant

By: _____/s/ Rob Reiner_____
Rob Reiner – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on __11/03__, 2016.

Please return copies of all notices to:

**Rob Reiner**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Attention: Laurie L. Soriano, Esq.

Rob Reiner – Notice of Termination of Grant or Transfer

Schedule A

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| All The Way Home | Rob Reiner | 5/7/1982 | 3/17/1992 | N/A | 5/7/2022 |
| America | Rob Reiner | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Babba Yagga | Rob Reiner | 5/7/1982 | N/A | N/A | 5/7/2022 |
| Big Bottom | Rob Reiner | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Cups and Cakes | Rob Reiner | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Flower People | Rob Reiner | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Gimme Some Money | Rob Reiner | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Guantanamera | Rob Reiner | 5/7/1982 | N/A | N/A | 5/7/2022 |
| Heavy Duty | Rob Reiner | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Hell Hole | Rob Reiner | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Jazz Odyssey | Rob Reiner | 5/7/1982 | 6/19/2009 | N/A | 5/7/2022 |
| Rock N Roll Creation | Rob Reiner | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Sex Farm | Rob Reiner | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Stonehenge | Rob Reiner | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Tonight I'm Gonna Rock You Tonight | Rob Reiner | 5/7/1982 | 3/2/1984 | SR0000053082 | 3/2/2019 |
| Video Games | Rob Reiner | 5/7/1982 | N/A | N/A | 5/7/2022 |

Rob Reiner – Notice of Termination of Grant or Transfer

**Notice of Termination pursuant to Section 203 of the Copyright Act (P.L. 94-553 (90 Stat. 2541)**

1. <u>Name of each Grantee or each Grantee's successor whose rights are being terminated and the address of each Grantee or each Grantee's successor</u>:

**Rob Reiner Productions**
9171 Wilshire Blvd., Suite 400
Beverly Hills, CA  90210

**Embcom Music Publishing**
c/o Sony/ATV Music Publishing
550 Madison Ave.
New York, NY  10022

**StudioCanal (as successor-in-interest to Embassy Pictures)**
1 Place du Spectacle
92863 Issy-Les-Moulineaux Cedex 9
France

2. <u>Title of work; name of at least one author or composer; date of execution of the grant; original copyright date; original registration number (if known); and effective date of termination</u>:

### SEE ATTACHED SCHEDULE A

3. <u>A brief statement reasonably indentifying the grant to which the notice of termination applies</u>:

The grant pursuant to the agreement between Rob Reiner and Rob Reiner Productions, including, without limitation, all grants or transfers of copyright, all rights of the copyright proprietor and of publication therein.

4. <u>Name, address, and the relationship of persons effecting termination</u>:

**Rob Reiner**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA  90067
Attention:  Laurie L. Soriano, Esq.

Signature of author entitled to terminate the grant

By: _____[signature]_____
Rob Reiner – Author/Composer

A copy of this Notice was mailed to Grantee(s) listed in Paragraph 1 by Certified Mail, Return Receipt Requested, on __11/30__, 2016.

Please return copies of all notices to:

**Rob Reiner**
c/o King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA  90067
Attention:  Laurie L. Soriano, Esq.

Rob Reiner – Notice of Termination of Grant or Transfer

## Schedule A

| TITLE OF WORK | NAME OF THE AUTHOR OR CLAIMANT WHOSE GRANT IS BEING TERMINATED. | DATE OF EXECUTION OF THE GRANT | DATE OF PUBLICATION | COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|---|
| All The Way Home | Rob Reiner | 10/25/1983 | 3/17/1992 | V2044P576 | 10/25/2023 |
| America | Rob Reiner | 10/25/1983 | 3/2/1984 | PA0000205657 | 3/2/2019 |
| America | Rob Reiner | 10/25/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Babba Yagga | Rob Reiner | 10/25/1983 | N/A | V2044P576 | 10/25/2023 |
| Cups and Cakes | Rob Reiner | 10/25/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Cups and Cakes | Rob Reiner | 10/25/1983 | 3/2/1984 | PA0000205658 | 3/2/2019 |
| Flower People | Rob Reiner | 10/25/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Flower People | Rob Reiner | 10/25/1983 | 3/2/1984 | PA0000205659 | 3/2/2019 |
| Guantanamera | Rob Reiner | 10/25/1983 | N/A | V2044P576 | 10/25/2023 |
| Heavy Duty | Rob Reiner | 10/25/1983 | 3/2/1984 | PA0000205655 | 3/2/2019 |
| Heavy Duty | Rob Reiner | 10/25/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Hell Hole | Rob Reiner | 10/25/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Hell Hole | Rob Reiner | 10/25/1983 | 3/2/1984 | PA0000205654 | 3/2/2019 |
| Jazz Odyssey | Rob Reiner | 10/25/1983 | 6/19/2009 | V2044P576 | 10/25/2023 |
| Rock N Roll Creation | Rob Reiner | 10/25/1983 | 3/2/1984 | PA0000205656 | 3/2/2019 |
| Rock N Roll Creation | Rob Reiner | 10/25/1983 | 3/2/1984 | V2044P576 | 3/2/2019 |
| Video Games | Rob Reiner | 10/25/1983 | N/A | V2044P576 | 10/25/2023 |