# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY OF PROGRESS PRODUCTIONS, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>VIVENDI S.A.; *et al.*<br><br>Defendants. | Case No.: CV 16-7733-DMG (ASx)<br><br>**ORDER RE SEVENTH STIPULATION TO EXTEND DEADLINE TO RESPOND TO THIRD AMENDED COMPLAINT [93]** |

Upon review of the Seventh Stipulation re: Third Amended Complaint, and good cause appearing, IT IS HEREBY ORDERED that Defendants Universal Music Group, Inc. and UMG Recordings, Inc. shall have until August 9, 2019 to respond to the Third Amended Complaint. The Court will not look favorably upon any further requests for extension of time to response to the Third Amended Complaint absent significant progress in the parties' efforts to settle the matter.

IT IS SO ORDERED.

DATED: June 27, 2019

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE