# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY OF PROGRESS PRODUCTIONS, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>VIVENDI S.A.; *et al.*<br><br>Defendants. | Case No.: CV 16-7733-DMG (ASx)<br><br>**ORDER APPROVING NINTH STIPULATION RE: THIRD AMENDED COMPLAINT [99]** |

Upon review of the Ninth Stipulation re: Third Amended Complaint, and for good cause appearing, IT IS HEREBY ORDERED that Defendants Universal Music Group, Inc. and UMG Recordings, Inc. shall have until October 11, 2019 to respond to the Third Amended Complaint.

IT IS SO ORDERED.

DATED: September 3, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE