# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY OF PROGRESS PRODUCTIONS, *et al.*,<br><br>　　　　　　　　　Plaintiffs.<br>v.<br>VIVENDI S.A., *et al.*,<br><br>　　　　　　　　　Defendants. | Case No.: CV 16-7733-DMG (ASx)<br><br>**ORDER APPROVING EIGHTH STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS VIVENDI S.A., STUDIOCANAL S.A.S., AND RON HALPERN RE: THIRD AMENDED COMPLAINT [101]** |

Upon review of the Eighth Stipulation between Plaintiffs and Defendants Vivendi S.A., Studiocanal S.A.S., and Ron Halpern regarding the Third Amended Complaint, and for good cause appearing, IT IS HEREBY ORDERED that Defendants Vivendi S.A., Studiocanal S.A.S., and Ron Halpern shall have until October 11, 2019 to respond to the Third Amended Complaint.

IT IS SO ORDERED.

DATED: September 9, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE