STANTON L. STEIN (State Bar No. 45997)
lstein@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiffs

GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants Universal Music
Group, Inc. and UMG Recordings, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY OF PROGRESS PRODUCTIONS, *et al.*<br><br>            Plaintiffs,<br><br>      vs.<br><br>VIVENDI S.A.; *et al.*<br><br>            Defendants. | Case No. 2:16-cv-07733-DMG-AS<br><br>**TENTH STIPULATION RE: THIRD AMENDED COMPLAINT**<br><br>[Proposed Order submitted herewith] |

Pursuant to Local Rule 7-1, Plaintiffs Century of Progress Productions, Christopher Guest, Rob Reiner Productions, United Heathen, Spinal Tap Productions, Harry Shearer, Rob Reiner, and Michael McKean ("Plaintiffs") and Defendants Universal Music Group, Inc. and UMG Recordings, Inc. ("Universal Defendants") by and through their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.      The Complaint in this action was filed on October 17, 2016, a First Amended Complaint was filed on February 7, 2017, and a Second Amended Complaint was filed on October 19, 2017.  (Doc. #1, Doc. #19, Doc. #33.)

2.      On December 21, 2017, Universal Defendants and Vivendi S.A., StudioCanal, and Ron Halpern ("Vivendi Defendants") filed separate motions to dismiss the Second Amended Complaint.  (Doc. #44, Doc. #49.)

3.      On August 28, 2018, the Court entered an Order on the motions to dismiss that granted Plaintiffs leave to file an amended complaint.  (Doc. #55, p. 22.)

4.      Plaintiffs filed their Third Amended Complaint on September 18, 2018. (Doc. #62.)

5.      Pursuant to a stipulation entered by Plaintiffs and Universal Defendants and approved by this Court, Universal Defendants' response to the Third Amended Complaint is presently due on October 11, 2019.  (Doc. #100)

6.      The parties held a mediation on March 11, 2019.  Since that mediation, Plaintiffs and Universal Defendants have been in the process of active discussions aimed at resolving Plaintiffs' claims against Universal Defendants and have made significant progress in those discussions, working diligently to finalize terms of a settlement.  The parties have exchanged numerous drafts of a written settlement agreement and have extensively negotiated the terms.  The parties appear to have reached a resolution in principle of the single remaining issue, subject to completing the documentation.  The parties anticipate concluding the settlement documentation, and completing the required notices to inform the Court, within 30 days of the current response deadline.

7.      To accommodate finalizing the settlement, Plaintiffs and Universal Defendants have agreed, subject to the Court's approval, to extend the time for Universal Defendants to respond to the Third Amended Complaint until November 11, 2019.

8.     Subject to the Court's approval, Plaintiffs and Universal Defendants have agreed that the claims against Universal Defendants will be stayed until November 11, 2019, and that neither Plaintiffs nor Universal Defendants will use the passage of time from the date of this Stipulation to November 11, 2019 as a basis for challenging another party's rights or defenses.

IT IS SO STIPULATED

DATED: October 4, 2019          RUSS, AUGUST & KABAT

                                */s/ Stanton L. Stein*
                                Stanton L. Stein

                                Attorneys for Plaintiffs Century of Progress
                                Productions, Christopher Guest, Rob Reiner
                                Productions, United Heathen, Spinal Tap
                                Productions, Harry Shearer, Rob Reiner, and
                                Michael McKean

DATED: October 4, 2019          MUNGER, TOLLES & OLSON LLP

                                */s/ Glenn D. Pomerantz*
                                Glenn D. Pomerantz

                                Attorneys for Defendants Universal Music
                                Group, Inc. and UMG Recordings, Inc.

Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all of the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send e-mail notification of such filing to all registered parties. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 4, 2019            MUNGER, TOLLES & OLSON LLP
                                  GLENN D. POMERANTZ


By:  _____*/s/ Glenn D. Pomerantz*_____
     GLENN D. POMERANTZ

TENTH STIPULATION RE:
THIRD AMENDED COMPLAINT