QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
  Daniel C. Posner (Bar No. 232009)
  danposner@quinnemanuel.com
  Zachary A. Schenkkan (Bar No. 304738)
  zackschenkkan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000

Attorneys for Defendants Vivendi S.A.,
Studiocanal S.A.S., and Ron Halpern

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTURY OF PROGRESS PRODUCTIONS, *et al.*,<br><br>            Plaintiffs.<br>v.<br>VIVENDI S.A., *et al.*,<br><br>            Defendants. | CASE NO. 2:16-cv-07733-DMG-AS<br><br>**NINTH STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS VIVENDI S.A., STUDIOCANAL S.A.S., AND RON HALPERN RE: THIRD AMENDED COMPLAINT**<br><br>[Proposed Order submitted herewith]<br><br>Hon. Dolly M. Gee |

Pursuant to Local Rule 7-1, Plaintiffs Century of Progress Productions, Christopher Guest, Rob Reiner Productions, United Heathen, Spinal Tap Productions, Harry Shearer, Rob Reiner, and Michael McKean ("Plaintiffs"), and Defendants Vivendi S.A., Studiocanal S.A.S., and Ron Halpern ("Vivendi Defendants"), by and through their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. The Complaint in this action was filed on October 17, 2016 (Dkt. 1), a First Amended Complaint was filed on February 7, 2017 (Dkt. 19), and a Second Amended Complaint was filed on October 19, 2017 (Dkt. 33).

2. On December 21, 2017, Vivendi Defendants and Universal Music Group, Inc. and UMG Recordings, Inc. ("Universal Defendants") filed separate motions to dismiss the Second Amended Complaint.  Dkts. 44, 49.

3. On August 28, 2018, the Court entered an Order on the motions to dismiss that granted Plaintiffs leave to file a further amended complaint.  Dkt. 55 at 22.

4. Plaintiffs filed their Third Amended Complaint on September 18, 2018. Dkt. 62.

5. Pursuant to a stipulation entered by Plaintiffs and Vivendi Defendants and approved by this Court, the Vivendi Defendants' response to the Third Amended Complaint is presently due on October 11, 2019.  Dkt. 102.

6. The parties held a mediation on March 11, 2019.  As a result of that mediation, Plaintiffs and Vivendi Defendants agreed to exchange information to facilitate settlement discussions aimed at resolving or narrowing Plaintiffs' claims against Vivendi Defendants.  The lengthy process of exchanging information has been completed.  The parties are now working to determine a mutually acceptable framework for attempting to resolve the case.  Plaintiffs and Vivendi Defendants believe it would be counterproductive to these discussions for Vivendi Defendants to respond to the Third Amended Complaint at this time.  To accommodate these

ongoing discussions, Plaintiffs and Vivendi Defendants have agreed, subject to the Court's approval, to extend the time for Vivendi Defendants to respond to the Third Amended Complaint until December 2, 2019.

7. Plaintiffs and Vivendi Defendants have agreed that the claims against Vivendi Defendants will be stayed until December 2, 2019, and that neither Plaintiffs nor Vivendi Defendants will use the passage of time from the date of this Stipulation to December 2, 2019 as a basis for challenging another party's rights or defenses.

IT IS SO STIPULATED

DATED: October 7, 2019     QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Robert M. Schwartz*
Robert M. Schwartz

Attorneys for Defendants Vivendi S.A., Studiocanal S.A.S., and Ron Halpern

DATED: October 7, 2019     RUSS, AUGUST & KABAT

*/s/ Bennett A. Bigman*
Stanton L. Stein

Attorneys for Plaintiffs Century of Progress Productions, Christopher Guest, Rob Reiner Productions, United Heathen, Spinal Tap Productions, Harry Shearer, Rob Reiner, and Michael McKean

Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all of the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 7, 2019, a true copy of the foregoing was served on all counsel of record via the CM/ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 7, 2019

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Robert M. Schwartz*
Robert M. Schwartz