# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY OF PROGRESS PRODUCTIONS, *et al.*,<br><br>　　　　　Plaintiffs.<br>v.<br>VIVENDI S.A., *et al.*,<br><br>　　　　　Defendants. | Case No.: CV 16-7733-DMG (ASx)<br><br>**ORDER APPROVING NINTH STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS VIVENDI S.A., STUDIOCANAL S.A.S., AND RON HALPERN RE: THIRD AMENDED COMPLAINT [104]** |

Upon review of the Ninth Stipulation between Plaintiffs and Defendants Vivendi S.A., Studiocanal S.A.S., and Ron Halpern regarding the Third Amended Complaint, and for good cause appearing, IT IS HEREBY ORDERED that Defendants Vivendi S.A., Studiocanal S.A.S., and Ron Halpern shall have until December 2, 2019 to respond to the Third Amended Complaint.

IT IS SO ORDERED.

DATED: October 7, 2019

　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE