# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-CV-7733-DMG (AS) | Date: | Tuesday, April 21, 2020 |
|---|---|---|---|
| Title | Century of Progress Productions v. Vivendi S.A., et al. | | |

| Present: The Honorable | Louise A. LaMothe, United States Magistrate Judge |
|---|---|
| Debbie Johnston (Not Present) | Waived |
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**     **TELEPHONIC CONFERENCE**

**For Plaintiffs**:     Bennett A. Bigman, Esq. and Stanton L. Stein, Esq.
Russ August and Kabat

**For Defendants**:     Not Present

Court and counsel for Plaintiffs confer regarding the ongoing settlement discussions. Counsel waives the recording of this session.

///

00 : 15

Initials of Preparer   dj