UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:16-CV-7733-DMG (AS) | Date: | Wednesday, August 5, 2020 |
|---|---|---|---|
| Title | Century of Progress Productions v. Vivendi S.A., et al. | | |

| Present: The Honorable | Louise A. LaMothe, United States Magistrate Judge |
|---|---|
| Debbie Johnston (Not Present) | Waived |
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**       **SETTLEMENT CONFERENCE – SEPARATE CAUCUSES**

**For Plaintiff**:      Bennett A. Bigman, Esq., and Stanton L. Stein, Esq.
Russ August and Kabat

**For Defendant**:      Robert M. Schwartz, Esq.,
Quinn Emanuel Urquhart and Sullivan LLP

Court conducts separate telephonic caucuses with counsel regarding the ongoing settlement discussions.

///

| | 00 | : | 42 |
|---|---|---|---|
| Initials of Preparer | dj | | |