UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:16-CV-7733-DMG (AS) | Date: | Thu., September 10, 2020 |
|---|---|---|---|
| Title | Century of Progress Productions v. Vivendi S.A., et al. | | |

| Present: The Honorable | Louise A. LaMothe, United States Magistrate Judge |
|---|---|
| Debbie Johnston (Not Present) | Waived |
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**      **SETTLEMENT CONFERENCE – SEPARATE CAUCUSES**

    **For Plaintiff**:      Bennett A. Bigman, Esq., and Stanton L. Stein, Esq.
                                   Russ August and Kabat

    **For Defendant**:      Robert M. Schwartz, Esq.,
                                   Quinn Emanuel Urquhart and Sullivan LLP

    Court conducts separate telephonic caucuses with counsel regarding the ongoing settlement discussions.

///

                                                                                                                                            00   :   40

                                                                                                                   Initials of Preparer    dj