Stanton L. Stein (SBN 45997)
lstein@raklaw.com
Bennett A. Bigman (SBN 115426)
bbigman@raklaw.com
Irene Y. Lee (SBN 213625)
ilee@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiffs
Century of Progress Productions, Christopher Guest,
Rob Reiner Productions, United Heathen, Spinal Tap Productions,
Harry Shearer, Rob Reiner, and Michael McKean

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTURY OF PROGRESS PRODUCTIONS; CHRISTOPHER GUEST; ROB REINER PRODUCTIONS; UNITED HEATHEN; SPINAL TAP PRODUCTIONS; HARRY SHEARER; ROB REINER; and MICHAEL MCKEAN,<br><br>Plaintiffs,<br><br>vs.<br><br>VIVENDI S.A.; STUDIOCANAL; RON HALPERN, an individual, UNIVERSAL MUSIC GROUP INC.; UMG RECORDINGS, INC., and DOES 1 through10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-07733 DMG (AS)<br>[Assigned to The Honorable Dolly M. Gee, Department 8C/350 W. 1st Street]<br><br>**JOINT STATUS REPORT**<br><br>Case Filed: October 17, 2016 |

Pursuant to this Court's Minute Order of August 10, 2020, Plaintiffs Century of Progress Productions, Christopher Guest, Rob Reiner Productions, United Heathen, Spinal Tap Productions, Harry Shearer, Rob Reiner, and Michael McKean ("Plaintiffs"), and Defendants Vivendi S.A., Studiocanal S.A.S., and Ron Halpern ("Defendants"), by and through their respective undersigned counsel, hereby submit this further Joint Status Report.

1. Over the past several months, the parties have participated in a mediation before Magistrate Judge Louise A. LaMothe.

2. As noted in the parties' prior Status Reports, the settlement discussions have been impacted and have taken additional time as a result of the global COVID-19 pandemic and issues with Studiocanal's insurance carrier.

3. On September 17, 2020, the parties reached agreement on the terms of a settlement. As a result, the parties will need to prepare and negotiate a long-form settlement agreement and related documentation. Because the settlement involves, among other things, somewhat complicated issues concerning the details and logistics of settlement, including restructuring the parties' relationship and modifying contracts pertaining to the picture's distribution, the parties anticipate that it may require some additional time to complete the settlement documentation and file a request for dismissal.

4. The parties jointly propose updating the Court with a further joint status report in mid-October 2020.

///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | DATED: September 18, 2020 | RUSS, AUGUST & KABAT |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Bennett A. Bigman*<br>Bennett A. Bigman |
| 5 | | Stanton L. Stein<br>Irene Y. Lee |
| 6 | | Attorneys for Plaintiffs |
| 7 | | Century of Progress Productions,<br>Christopher Guest, Rob Reiner |
| 8 | | Productions, United Heathen, Spinal<br>Tap Productions, Harry Shearer, |
| 9 | | Rob Reiner, and Michael McKean |
| 10 | | |
| 11 | DATED: September 18, 2020 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 12 | | |
| 13 | | |
| 14 | | By: */s/ Robert M. Schwartz*<br>Robert M. Schwartz |
| 15 | | Daniel C. Posner<br>Zachary A. Schenkkan |
| 16 | | Attorneys for Defendants Vivendi |
| 17 | | S.A., StudioCanal S.A.S., and Ron<br>Halpern |

Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all of the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020, I electronically filed a true and correct copy of the foregoing **JOINT STATUS REPORT** through the Court's CM/ECF system, which will send a Notice of Electronic Filing ("NEF") to all interested parties in the action through their counsel of record, who have consented to electronic service, as follows:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz
Daniel C. Posner
Zachary A. Schenkkan
865 South Figueroa Street
10th Floor
Los Angeles, California 90017-2543
robertschwartz@quinnemanuel.com
danposner@quinnemanuel.com
zackschenkkan@quinnemanuel.com

*Attorneys for Defendants Vivendi S.A., StudioCanal, and Ron Halpern*

                               */s/ Stanton L. Stein*
                                   Stanton L. Stein