AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the Central District of California_____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:16-cv-07733 | DATE FILED<br>10/17/2016 | U.S. DISTRICT COURT<br>for the Central District of California |
|---|---|---|
| PLAINTIFF<br>CENTURY OF PROGRESS PRODUCTIONS | | DEFENDANT<br>VIVENDI S.A.; STUDIOCANAL;<br>STUDIOCANAL IMAGE; RON HALPERN, an individual;<br>and DOES 1 through 10, inclusive. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 87203893 | 10/14/2016 | Century of Progress Productions (trademark applicant) |
| 2 | 87203921 | 10/14/2016 | Century of Progress Productions (trademark applicant) |
| 3 | 87203942 | 10/14/2016 | Century of Progress Productions (trademark applicant) |
| 4 | 87203958 | 10/14/2016 | Century of Progress Productions (trademark applicant) |
| 5 | See attachment | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Civil Minutes of 9/22/2020, placing action in inactive status in light of the parties' notice of settlement. |

| CLERK<br>KIRY K. GRAY | (BY) DEPUTY CLERK<br>G. Kami | DATE<br>9/23/2020 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

## ATTACHMENT TO A0 120 FORM

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF:

    CENTURY OF PROGRESS PRODUCTIONS

v.

DEFENDANTS:

    VIVENDI S.A.; STUDIOCANAL; STUDIOCANAL IMAGE;
    ROB HALPERN; an individual; and DOES 1 through 10, inclusive.

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 2881984 | 09/07/2004 | Cancelled 04/08/2011 (StudioCanal Image last listed as owner) |
| 2881983 | 09/07/2004 | Cancelled 04/08/2011 (StudioCanal Image last listed as owner) |
| 2867023 | 07/27/2004 | Cancelled 03/04/2011 (StudioCanal Image last listed as owner) |
| 2463576 | 06/26/2001 | Cancelled 01/27/2012 (StudioCanal Image last listed as owner) |
| 2499728 | 10/23/2001 | Cancelled 05/24/2012 (StudioCanal Image last listed as owner) |
| 1311537 | 12/25/1984 | Cancelled 04/01/1991 (Embassy Pictures last listed as owner) |