Stanton L. Stein (SBN 45997)
lstein@raklaw.com
Bennett A. Bigman (SBN 115426)
bbigman@raklaw.com
Irene Y. Lee (SBN 213625)
ilee@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:   (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiffs
Century of Progress Productions, Christopher Guest,
Rob Reiner Productions, United Heathen, Spinal Tap Productions,
Harry Shearer, Rob Reiner, and Michael McKean

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY OF PROGRESS PRODUCTIONS; CHRISTOPHER GUEST; ROB REINER PRODUCTIONS; UNITED HEATHEN; SPINAL TAP PRODUCTIONS; HARRY SHEARER; ROB REINER; and MICHAEL MCKEAN,<br><br>Plaintiffs,<br><br>vs.<br><br>VIVENDI S.A.; STUDIOCANAL; RON HALPERN, an individual, UNIVERSAL MUSIC GROUP INC.; UMG RECORDINGS, INC., and DOES 1 through10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-07733 DMG (AS)<br>[Assigned to The Honorable Dolly M. Gee, Department 8C/350 W. 1st Street]<br><br>STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>Case Filed: October 17, 2016 |

WHEREAS, Plaintiffs and remaining defendants Vivendi, S.A., StudioCanal S.A.S. and Ron Halpern (collectively the "StudioCanal Defendants") have entered into a Settlement Agreement that is a full and final settlement of all of the parties' claims and counterclaims against the other; and

WHEREAS, the parties in their Settlement Agreement have stipulated to the Court retaining jurisdiction to enforce the Settlement Agreement, and to dismissing this Action with prejudice pursuant to Federal Rule of Civil Procedure 41(a) in consideration of the Court's retention of jurisdiction;

THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiffs and the StudioCanal Defendants, that:

1. This Court shall retain jurisdiction for the purpose of resolving any disputes between the parties with respect to enforcement of any provision of the parties' Settlement Agreement; and

2. In consideration of the Court's retention of jurisdiction to enforce the parties' Settlement Agreement, this Action is dismissed with prejudice, with each side bearing his or its own costs and attorneys' fees in the Action except as set forth in the Settlement Agreement.

DATED: December __, 2020                    RUSS, AUGUST & KABAT

By: /s/ *Bennett A. Bigman*
Bennett A. Bigman
Stanton L. Stein
Irene Y. Lee
Attorneys for Plaintiffs
Century of Progress Productions, Christopher Guest, Rob Reiner Productions, United Heathen, Spinal Tap Productions, Harry Shearer, Rob Reiner, and Michael McKean

2
STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE
WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

DATED: December___, 2020                QUINN EMANUEL URQUHART & SULLIVAN, LLP


By: */s/ Robert M. Schwartz*
Robert M. Schwartz
Daniel C. Posner
Zachary A. Schenkkan
Attorneys for Defendants Vivendi S.A., StudioCanal S.A.S., and Ron Halpern

Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all of the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO ORDERED.**


**DATED: _____, 2020      By: _____**
**                                     Honorable Dolly M. Gee**

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020, I electronically filed a true and correct copy of the foregoing **STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** through the Court's CM/ECF system, which will send a Notice of Electronic Filing ("NEF") to all interested parties in the action through their counsel of record, who have consented to electronic service, as follows:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz
Daniel C. Posner
Zachary A. Schenkkan
865 South Figueroa Street
10th Floor
Los Angeles, California 90017-2543
robertschwartz@quinnemanuel.com
danposner@quinnemanuel.com
zackschenkkan@quinnemanuel.com

*Attorneys for Defendants Vivendi S.A., StudioCanal, and Ron Halpern*

                              /s/ Stanton L. Stein
                                  Stanton L. Stein